Fee Due

**ORIGINAL**

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

CENTRAL DISTRICT

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Chijioke Isamaede
_____
Petitioner

v.

U.S Department of Homeland Security / ICE
_____
Respondent

(name of warden or authorized person having custody of petitioner)

Case No. 2:25-CV-06799-JGB-SSC
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Chijioke Chukwuma Isamaede
    (b) Other names you have used: N/A
2.  Place of confinement:
    (a) Name of institution: Sacramento Main Jail
    (b) Address: 651 "I" Street, Sacramento, CA, 95814

    (c) Your identification number: X-5216991 // A.207 916 576
3.  Are you currently being held on orders by:

    ☐ Federal authorities      ☐ State authorities      ☑ Other - explain:
    Due Process violation by ICE and counsel deficient performance on Petition for Review
4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: N/A

    (b) Docket number of criminal case: N/A
    (c) Date of sentencing: N/A
    ☐ Being held on an immigration charge
    ☑ Other (explain): The Ninth Circuit petition for Review was untimely filed due to counsel's deficient performance and ICE officer due process violation, NOT affording 10-15 days to respond to NOTICE, issuing FARO instantly and foreclosing any meaningful appellate review.

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*: FARO was entered on same date and time as Notice of Intent, violating due process to respond. ICE officer failed to serve me or attorney of record and attorney failed to file Petition for review in timely manner.

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Department of Homeland Security, Immigration and Customs Enforcement.

(b) Docket number, case number, or opinion number: Event # LOM2109000012 // File# A-207916576

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: FINAL ADMINISTRATIVE REMOVAL ORDER, Petition for Review foreclosed due to untimliness as a result of Counsels deficient performance for failing to file timely petition in circuit court and ICE officer due Process violation.

(d) Date of the decision or action:    October 7th, 2021

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes            ☑ No

(a) If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

(b)  If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: Petition for Review is foreclosed in Ninth Circuit Court as untimely, due to counsels deficient performance, failure to File, foreclosing any meaningful appellate Review.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _October 19th 2021_

(b)   Date of the removal or reinstatement order: _October 7th, 2021_

(c)   Did you file an appeal with the Board of Immigration Appeals?

☑ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _April 2025._

(2) Case number: _A 207 916 576_

(3) Result: _No Jurisdiction_

(4) Date of result: _~~Aug~~ July 2025_

(5) Issues raised: _Due Process Violation and Ineffective Assistance of counsel by such deficient performance that Prejudices petitioner due to FACT that petitioner fears Torture and Persecution by the government due to his membership in Social group and would have appealed the FARO but for counsel's error and ICE officer BIAS violating petitioner due process rights._

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes           ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes           ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _Petition for Review_

(b) Name of the authority, agency, or court: _Ninth Circuit Court of Appeals_

(c) Date of filing: _February 2025_

(d) Docket number, case number, or opinion number: _25 - 1109_

(e) Result: _Untimely - Non Jurisdictional foreclosure_

(f) Date of result: _____

(g) Issues raised: _Petitioner has Prima-facie case under Convention against Torture - showing that petitioners only biological brother was killed due to membership is social group and Petitioner faces the same faith if returned under the FARO that was unlawfully entered in violation of petitioner due process rights to recieve Notice and respond in 10-15 days, Also ICE officer unlawfully refusing to serve Attorney and falsifying Records to cover unlawful Acts by ICE officer._

Page 6 of 9

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Counsel provided ineffective assistance, constituted by failure to file. This deficient performance forecloses any meaningful appellate review to claims on merits . [Jingshan Li V. Bondi, 2025 U-S App. LEXIS 14208]; [Rodriguez-Lariz, 282 F. 3d at 1226]; [Castillo-Perez V. INS, 212 F.3d 518, 526-27 (9th Cir, 2000)] (Due Process Violation) .

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
Prejudice is presumed in Imm. proceedings when counsel's error deprives alien of the appellate proceeding entirely such as failure to file timely Petition for Review [Flores V. Barr, 930 F.3d 1082] - HN12 . FARO was entered in 10/7/21 and Attorney Ugarte was counsel at that time, he failed to Appeal up till January 2025 when he sent me the FARO and advised that I appeal to the BIA, knowing they lacked any Jurisdiction [Dearinger ex rel. Volkova V. Reno, 232 F. 3d 1042].

(b) Did you present Ground One in all appeals that were available to you?
☑Yes   ☐No

**GROUND TWO:** The ICE officer issued a Notice of Intent on 10/7/2021 at 9:00hrs, I deferred to my Attorney of Record but ICE officer refused to serve my Attorney, then also issued a FARO on 10/7/2021 at 9:00hrs, not affording petitioner any Second to dispute the charges as due process permits 10-13 days to respond/Rebut with Evidence.

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
The Due Process clause represents "the principle that ours is a government of LAWS, not of men, and that we submit ourselves to rulers, only if under Rules" [Youngstown Sheet & Tube Co. V. Sawyer, 343 U.S. 579, 646, 72 S. Ct. 863. 96 L-Ed. 1153, 62 Ohio Law Abs. 417 (1952)] .

(b) Did you present Ground Two in all appeals that were available to you?
☑Yes   ☐No

**GROUND THREE:** On 10/19/21, ICE officer picked me up and promised to release me in exchange for signing some blank forms. I signed and was released to my family, but due to my mental health disorder diagnosis, ICE officer took advantage of my disability .

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
The ICE officer backdated documents from 10/19/21 to indicate 10/7/2021 in order to attempt to cure the due process violations from 10/7/21 by corruptly misrepresenting documents to affect its integrity in official proceedings and completing the signed blank documents to reflect as if I assented to the due process violations and filed the falsified documents in Administrative Record, obtaining my signature by coersion of Release.

(b) Did you present Ground Three in all appeals that were available to you?
☐Yes   ☐No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:

**Request for Relief**

15.  State exactly what you want the court to do: Direct the government to reissue its order of removal to allow Petitioner a new 30 day period in which to file a timely petition Petition for Review in the Ninth Circuit to remedy counsels deficient performance and cure the presumed prejudice from failure to file timely review which constitutes Ineffective assistance of counsel. The Notice of Intent should be served and petitioner is entitled to 10 - 15 days to respond to said Notice of Intent.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 7/22/2025 at Sacramento County.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/22/ 2025

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Page 9 of  9

 **ORIGINAL**

# EXHIBIT A

— Notice of Attorney Representation in 2021

— Correspondence with ICE officials in 2021

— Correspondence with Petitioner in 2025

— Mail in 2025 advising Petitioner to file at BIA

— Mail showing first delivery of FARO (Immigration File) to Petitioner

— Attorney Misconduct Complaint to California State Bar.



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

▶ [          ]

#### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name) | Ugarte

2.b. Given Name (First Name) | Francisco

2.c. Middle Name | [          ]

#### Address of Attorney or Accredited Representative

3.a. Street Number and Name | 555 7th Street

3.b. ☐ Apt.  ☐ Ste.  ☐ Flr. | [          ]

3.c. City or Town | San Francisco

3.d. State | CA   3.e. ZIP Code (USPS ZIP Code Lookup) | 94104

3.f. Province | [          ]

3.g. Postal Code | [          ]

3.h. Country | USA

#### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
4155539319

5. Mobile Telephone Number (if any)
4155713470

6. Email Address (if any)
francisco.ugarte@sfgov.org

7. Fax Number (if any)
4155539810

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority

Sup. Ct. California

1.b. Bar Number (if applicable)

241710

1.c. I (select **only one box**) ☑ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)

SF Public Defenders Office

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

[          ]

2.c. Date of Accreditation (mm/dd/yyyy)

[          ]

3. ☐ I am associated with

[          ],

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

[          ]

---

Form G-28  09/17/18

Page 1 of 4

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☒ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)
► 

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☐ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name) | Isamade
**6.b.** Given Name (First Name) | Chijioke
**6.c.** Middle Name |

**7.a.** Name of Entity (if applicable) |

**7.b.** Title of Authorized Signatory for Entity (if applicable) |

**8.** Client's USCIS Online Account Number (if any) ► 

**9.** Client's Alien Registration Number (A-Number) (if any)
► A- 2 0 7 9 1 6 5 7 6

## Client's Contact Information

**10.** Daytime Telephone Number | N/A

**11.** Mobile Telephone Number (if any) | N/A

**12.** Email Address (if any) | N/A

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name | 3901 Klein Blvd.
**13.b.** ☐ Apt. ☐ Ste. ☐ Flr. |
**13.c.** City or Town | Lompoc
**13.d.** State | CA   **13.e.** ZIP Code | 93436
**13.f.** Province |
**13.g.** Postal Code |
**13.h.** Country | USA

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

1.a. ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

2.a. Signature of Client or Authorized Signatory for an Entity

➡️ | /s/ Chijioke Isamade by Francisco Ugarte |

2.b. Date of Signature (mm/dd/yyyy) [                ]

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. a. Signature of Attorney or Accredited Representative

| |

1.b. Date of Signature (mm/dd/yyyy) | 10/8/2021 |

2.a. Signature of Law Student or Law Graduate

| |

2.b. Date of Signature (mm/dd/yyyy) [                ]

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**
_____
_____
_____
_____
_____
_____
_____
_____

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**
_____
_____
_____
_____
_____
_____
_____
_____

 

**SAN FRANCISCO PUBLIC DEFENDER**

MANOHAR RAJU – PUBLIC DEFENDER
MATT GONZALEZ – CHIEF ATTORNEY

October 7, 2021

**VIA ELECTRONIC MAIL: LosAngeles.Outreach@ice.dhs.gov**
ERO—Los Angeles
Los Angeles Field Office
300 North Los Angeles St.
Room 7631
Los Angeles, CA 90012

> Re:    Request for Prosecutorial Discretion—Chijioke Chukwuma Isamade (A207-916-576); FBP No.: 77697-112

To the Deportation Officer,

I represent Chijioke Chukwuma Isamade (A207-916-576) on a pro bono basis. Please find the attached G-28, which Mr. Isamade has assented to. Mr. Isamade is currently incarcerated at Lompoc Federal Correctional Institution. I respectfully request that, in light of Mr. Isamade's significant and acute mental health diagnosis, that the Department of Homeland Security, Immigration & Customs Enforcement, issue a Notice to Appear in the matter, rather than subject him to administrative removal proceedings.

Under recent guidance from the Department, ICE should consider refraining from expending enforcement resources against individuals with known mental health diagnosis. *See* Sept. 30, 2021 Mayorkas Memo. Specifically, where an individual may have a criminal conviction, the Department should consider whether "a mental condition that may have contributed to the criminal conduct, or a physical or mental condition requiring care or treatment." *Id.* Here, Mr. Isamade reports several psychiatric hospitalizations, and has been diagnosed with a host of mental health conditions, including bi-polar disorder that was changed to schizoaffective disorder. *See* Mental Health Records, Ex. A. This diagnosis significantly undermines his ability to understand and appreciate complex immigration proceedings. I request, at a very minimum, that Mr. Isamade is afforded an opportunity to see a judge and have a meaningful opportunity to present a defense against his deportation, rather than be forced to go through administrative removal proceedings.

Moreover, Mr. Isamade has strong community connections. *See* Exh. B. His close friend, Robert Echeberi, a naturalized U.S. citizen who works as a Human Resource Generalist at Securitas, a security company located in Houston, Texas, writes that Mr. Isamade is a "very kind, funny and polite person who loves to help people." Mr. Echebiri attended high school with Mr. Isamade and has remained close with him ever since.

Though Mr. Isamade has suffered a federal conviction, he also suffers from an acute mental illness which, if properly treated, can help him meaningfully participate in legal proceedings. Mr. Isamade has deep ties to the United States, loves this country, and wants an opportunity to show

---

**Adult Division - HOJ**
555 Seventh Street
San Francisco, CA 94103
P: 415.553.1671
F: 415.553.9810
www.sfpublicdefender.org

**Juvenile Division - YGC**
375 Woodside Avenue, Rm. 118
San Francisco, CA 94127
P: 415.753.7601
F: 415.566.3030

**Juvenile Division - JJC**
258A Laguna Honda Blvd.
San Francisco, CA 94116
P: 415.753.8174
F: 415.753.8175

**Clean Slate**
P: 415.553.9337
www.sfpublicdefender.org/services

**Community Justice Center**
P: 415.202.2832
F: 415.563.8506

**Bayview Magic**
P: 415.642.8017
www.bayviewmagic.org

**MoMagic**
P: 415.567.0400
www.momagic.org

an immigration judge that he has the legal right to remain here. Granting this request will not harm the government, and instead afford him the opportunity to go before a judge and have his case heard fairly.

Thank you for your consideration. Should you have any questions, please don't hesitate to contact me at (415) 571-3470 or by email at Francisco.ugarte@sfgov.org.

Very Truly Yours,

Francisco Ugarte
Attorney for Chijioke Chukwuma Isamade



**SAN FRANCISCO PUBLIC DEFENDER**
MANOHAR RAJU – PUBLIC DEFENDER
MATT GONZALEZ – CHIEF ATTORNEY

October 12, 2021

**VIA ELECTRONIC MAIL: LosAngeles.Outreach@ice.dhs.gov**
ERO—Los Angeles
Los Angeles Field Office
300 North Los Angeles St., Room 7631
Los Angeles, CA 90012

Re:    Request for Prosecutorial Discretion—Chijioke Chukwuma Isamade (A207-916-576); FBP No.: 77697-112 (Follow-up communication)

To the Deportation Officer,

I represent Chijioke Chukwuma Isamade (A207-916-576) on a pro bono basis. Thank you for calling me today, I do appreciate it. I simply wanted to confirm in writing what you all had communicated to me, and reiterate my request that you provide me a copy with the administrative removal papers you served on Mr. Isamade. First, Officer Covarrubias stated that ICE has paperwork showing that a doctor reported that Mr. Isamade is not diagnosed with a mental health disorder, based on Mr. Isamade's self reporting. I informed the officer this is contrary to the mental health records I provided to your office. Again, in light of his mental health diagnosis, it would be improper to place him in administrative removal proceedings.

Second, you informed me you would not provide me a copy of the administrative removal papers, because it was not your policy, and suggested I file a FOIA instead, or get them from my client. It is not possible, at this time, to obtain a copy from my client, in light of the extremely short deadline (14 days) to respond. Second, federal regulations require the agency to serve documents on a client's attorney whenever the regulations require service. *See* 8 C.F.R. § 292.5 (Service upon and action by attorney or representative of record):

> "(a) Representative capacity. Whenever a person is required by any of the provisions of this chapter to give or be given notice; to serve or be served with any paper other than a warrant of arrest or a subpoena; to make a motion; to file or submit an <u>application</u> or other document; or to perform or waive the performance of any <u>act</u>, such notice, <u>service</u>, motion, filing, submission, performance, or waiver shall be given by or to, served by or upon, made by, or requested of the <u>attorney</u> or <u>representative</u> of record, or the person himself if unrepresented.

I reiterate my request that you provide the administrative removal papers via fax or email. Should you have any questions, please don't hesitate to contact me at (415) 571-3470 or by email at Francisco.ugarte@sfgov.org.

Very Truly Yours,

Francisco Ugarte

**Adult Division - HOJ**
555 Seventh Street
San Francisco, CA 94103
P: 415.553.1671
F: 415.553.9810
www.sfpublicdefender.org

**Juvenile Division - YGC**
375 Woodside Avenue, Rm. 118
San Francisco, CA 94127
P: 415.753.7601
F: 415.566.3030

**Juvenile Division - JJC**
258A Laguna Honda Blvd.
San Francisco, CA 94116
P: 415.753.8174
F: 415.753.8175

**Clean Slate**
P: 415.553.9337
www.sfpublicdefender.org/services

**Community Justice Center**
P: 415.202.2832
F: 415.563.8506

**Bayview Magic**
P: 415.642.8017
www.bayviewmagic.org

**MoMagic**
P: 415.567.0400
www.momagic.org

Exhibit A

MANOHAR RAJU – PUBLIC DEFENDER
MATT GONZALEZ – CHIEF ATTORNEY

**SAN FRANCISCO
PUBLIC DEFENDER**
*Greater Than One*

January 10, 2025

Chijoke Isamade
#BT5452
Folsom State Prison
P.O. Box 715071,
Represa, CA 95671

Dr. CJ,

I hope you are well. You recently sent me correspondence asking you for a copy of your immigration file. I am sorry I did not get back to you earlier. I am attaching a copy of the documents you requested to this letter from my prior representation of you. I do not have a copy of the name of the ICE officer that you spoke with. I also do not have a copy of your BIA decision as I did not represent you in that case.

I hope you are hanging in and wish you a happy new year,

Francisco

| Adult Division - HOJ | Juvenile Division - YGC | Juvenile Division - JJC | Clean Slate | Bayview Magic |
|---|---|---|---|---|
| 555 Seventh Street | 375 Woodside Avenue, Rm. 118 | 258A Laguna Honda Blvd | P: 415.553.9337 | P: 415.558.2428 |
| San Francisco, CA 94103 | San Francisco, CA 94127 | San Francisco, CA 94116 | www.sfpublicdefender.org/services | www.bayviewmagic.org |
| P: 415.553.1671 | P: 415.753.7601 | P: 415.753.8174 | | |
| F: 415.553.9810 | F: 415.566.3030 | F: 415.753.8175 | Community Justice Center | MoMagic |
| www.sfpublicdefender.org | | | P: 415.202.2832 | P: 415.567.0400 |
| | | | F: 415.563.8506 | www.momagic.org |

Francisco Ugarte
San Francisco Public Defender's Office
555 7th St.
San Francisco, CA 94103

CJ,

Here are relevant portions of BIA practice manual and template motion to reopen with the BIA (needs to be filed at BIA if that's where the last decision was)

Good luck!

— Francisco

(legal documents)

BIA

Chijoke Isamade
#BT 5452
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

Delivered
2/14/25
C.O. Dewell

US POSTAGE

Exhibit A



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# The State Bar
## of California

**OFFICE OF CHIEF TRIAL COUNSEL**

845 South Figueroa Street, Los Angeles, CA 90017

800-843-9053
Fax: 213-765-1168

## Attorney Misconduct Complaint Form

### Your Information

| | |
|---|---|
| **Title:** | |
| **First Name:** CHIJIOKE | **Middle Name:** CHUKWUMA |
| **Last Name:** ISAMADE | |
| **Address:** 651 "I" Street | |
| **City:** Sacramento | **State:** CA **Zip Code:** 95814 |
| **Email:** | |
| **Home Phone:** | **Work Phone:** | **Cell Phone:** |

If you prefer to communicate by email, please provide an email address. Complaints are confidential unless charges are filed. So that we may promptly communicate with you, please provide an email address to which you have exclusive access is not share with others.

### Attorney's Information

| | |
|---|---|
| **First Name:** Francisco | **Middle Name:** |
| **Last Name:** Ugarte | |
| **Address:** 555 7th Street | |
| **City:** San Francisco | **State:** CA **Zip Code:** 94103 |
| **Email:** francisco.ugarte@sfgov.org | **CA Bar License #:** 241710 |
| **Primary Phone:** 415 (553) 9319 | **Other Phone:** FAX # 415 (553) 9810 |
| **Cell Phone:** 415 (571) 3470 | **Website:** |

### Complaint Information

To better achieve the State Bar's mission to protect the public, please answer the following questions:

**Have you or a member of your family complained to the State Bar about this attorney previously?**

☐ Yes   ☑ No

**Did you hire this attorney?**

☑ Yes   ☐ No

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

**Does this complaint involve allegations of theft?**

☐ Yes   ☑ No

**Does this complaint involve allegations of attorney misconduct where a person 65 years of age or older was victimized?**

☐ Yes   ☑ No

**Does this complaint involve allegations of attorney misconduct where a person who is incapacitated, infirm, disabled, incarcerated, an immigrant, or a minor was victimized?**

☑ Yes   ☐ No

**Does this complaint involve allegations that the attorney has abandoned a client?**

☑ Yes   ☐ No

**Are you an attorney?**

○ Yes   Ⓧ No

**If you are an attorney:**

**Does this complaint involve allegations against an opposing counsel?**

○ Yes   Ⓧ No

**Are you filing this complaint based on your duty to report professional misconduct under Rule of Professional Conduct 8.3?**

○ Yes   Ⓧ No

## Statement of Complaint

Include with your submission a statement of what the attorney did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you hired the attorney(s), state what you hired the attorney(s) to do. Additional information may be requested.

On 10/6/2021 - Attorney submitted form G-28 (Notice of Entry as my immigration attorney). On 10/7/21 - Attorney contacted ICE officer and on same day I deferred ALL immigration matters directly to Attorney. On 10/12/2021 Attorney argued with ICE officer about his refusal to serve Removal papers on me and Attorney. Unknowing to me, ICE officer entered a Notice of Intent and FINAL Administrative Removal Order on 10/7/2021 and fraudulently checked boxes in form that "I Refused to Sign". Attorney assured me that he was representing my interest and convinced me Not to worry. I was released on 10/19/2021 with a Final Removal order that was unknown to me or my Attorney. Eventually, in the future, Attorney had recieved/obtained the Administrative Records and should have known that my 10-13 days due process rights to oppose any allegation were violated by ICE officer by entering the FARO on same day and time as Notice w/o Service. Notwithstanding, the only means of Judicial Review for such removal is with the U.S Court of Appeal (9th Circuit) within 30-60 days of order. Attorney failed to File any necessary papers to preserve my appeal rights and failed to assert my Asylum under CAT, prejudicing me so strongly that his error now deprives me of any appellate proceeding entirely based on untimeness. Attorney further misled me in 2025 to File with the BIA knowing that they have NO Jurisdiction. Attorney first served me the Final Removal order entered in 2021, 4 years later in 2025 and misled me to File at BIA, although only 9th Circuit has any Jurisdiction to Review but I am harmed due to untimelness from Attorney errors and subject to removal to a country

## Related Court Case Information (If known)

| | | |
|---|---|---|
| Name of Court: 9th Circuit, Court of Appeals | Case Name: | 25 - 1109 |
| Case Number: ISAMADE V. Bondi | Approx. date case was filed: | 4 28 2025 |

Size of law firm complained about:

If you are not a party to this case, what is your connection with it? Explain briefly.

## Translation Information

☑ Not Applicable

The State Bar accepts complaints in over 200 languages. If you need translation services to communicate with the State Bar, please let us know by completing this section of the complaint form. We will communicate with you through a translation service in the language of your choice. Do you need translation services?

☐ Yes                    ☑ No

Please state the language in which you need formal translation:

_____

The State Bar's mission is to protect complainants regardless of their immigration status. Complainants who are unable to complete this form due to disability, language restrictions, or other circumstances may obtain help by calling the complaint line at 800-843-9053.

## Submission

☑ By checking this box I certify that all information on this form is true and correct. I understand that the content of my complaint can be disclosed to the attorney. I understand that I waive the attorney client privilege and any other applicable privilege between myself and the attorney to the extent necessary for the investigation and prosecution of the allegations.

Signature: _____    Date: 07 07 2025



# EXHIBIT B

- Original ICE officer Affidavit where Petitioner deferred to Attorney (Never Served)
- Original Notice of Intent and FARO both issued at 10/7/2021 at 9:00 hrs (Never Served)

Exhibit E3

25-1109

## ɔ. DEPARTMENT OF HOMELAND SECUR

### RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

### AFFIDAVIT

IN RE: __ISAMADE, Chijioke Chukwuma__   FILE NO. __207 916 576__

EXECUTED AT __FCC Lompoc, CA__   DATE __9.9.2021__

Before the following immigration officer of the U.S. Department of Homeland Security:

in the __English__ language. Interpreter _____ used.

I, _____ acknowledge that the above-named officer has identified himself to me as an officer of the United States Department of Homeland Security, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: Notice of Intent to issue a Final Administrative Removal Order.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative proceeding.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer. "

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. Are you willing to answer my questions at this time?

A. **NO**

Q. Do you swear that all the statements you are about to make will be the truth, the whole truth and nothing but the truth, so help you God?

A.

Q. What is your true and correct name?

A.

Q. Have you used any other names?

A.

Q. Of what country are you a citizen?

A.

Q. What is your date and place of birth?

A.

Q. When did you last enter the United States?

A.

Q. How and where did you enter the United States at that time?

A.

Initials: __Refused__

... (CONTINUED ON I-831)

Form I-215B (Rev. 08/01/07)

45

Exhibit E8



| U.S. Department of Homeland Security | Subject ID : 372749638 | | | **Record of Deportable/Inadmissible Alien** |
|---|---|---|---|---|

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| ISAMADE, CHIJIOKE CHUKWUMA | | | | M | BLK | BRO | DRK |

| Country of Citizenship | Passport Number and Country of Issue | File Number |
|---|---|---|
| NIGERIA | | LOM2109000012<br>207 916 576 |

| Height | Weight | Occupation |
|---|---|---|
| 72 | 230 | UNKNOWN |

U.S. Address
FCC LOMPOC 3901 KLEIN BLVD LOMPOC, CALIFORNIA, 93436

Scars and Marks
See Narrative

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at |
|---|---|
| 07/12/2016, SEA | |

| F.B.I. Number | ☐ Single |
|---|---|
| F13VW75K5 | ☒ Divorced ☐ Married<br>☐ Widower ☐ Separated |

Number, Street, City, Province (State) and Country of Permanent Residence
FAILED TO PROVIDE NIGERIA

Method of Location/Apprehension

| Date of Birth | | Date of Action | Location Code |
|---|---|---|---|
| 06/28/1990 | Age: 31 | 10/06/2021 | LOM/LOS |

| At/Near | Date/Hour |
|---|---|
| | |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ |
|---|---|---|
| NIGERIA | | |

By

| NIV Issuing Post and NIV Number | Social Security Account Name |
|---|---|
| | |

| Status at Entry | Status When Found |
|---|---|
| | |

| Date Visa Issued | Social Security Number |
|---|---|
| | |

Length of Time Illegally in U.S.

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| ISAMADE, CHARLES NON USC/NON LPR NATIONALITY: NIGERIA | ISAMADE, HELEN NATIONALITY: NIGERIA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☒ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
SCARS MARKS AND TATTOOS
-----------------------
None Indicated - NONE INDICATED

Subject Health Status
-----------------
The subject claims good health.


Current Administrative Charges
------------------------------
10/06/2021 - 237a2Aiii - Aggravated Felony: 101(a)(43)(D) Laundering of Monetary Instruments or Monetary
Property Transactions


Previous Criminal History
-------------------------
On 12/07/2020, the subject was arrested for the crime of "Money Laundering-Remarks" which resulted in a
conviction on 12/07/2020. The subject was sentenced to 37 month(s).


Records Checked
---------------
EARM Pos

...(CONTINUED ON I-831)
```

| Alien has been advised of communication privileges OCT 0 6 2021 CL (Date/Initials) | C 9859 COVARRUBIAS DO (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| STATS | Officer: C 9859 COVARRUBIAS |
| COPY | on: October 6, 2021 (time) |
| FILE | Disposition: ADMINISTRATIVE DEPORTATION I-851/I-851A |
| | Examining Officer: OCEGUERA, R 7171 |

Form I-213 (Rev. 08/01/07)

46

Exhibit E5

2S-1109

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

**Notice of Intent to Issue Final Administrative Removal Order**

## In removal proceedings under Section 238(b) of the Immigration and Nationality Act

**To:** ISAMADE, CHIJIOKE CHUKWUMA

**AKA:** _____

**FILE NUMBER:** 207 916 576
**EVENT No:** LOM2109000012

**Address:** FCC LOMPOC, 3901 KLEIN BLVD, LOMPOC, CA 93436

**BOP Reg:** 77697-112

Pursuant to section 238(b) of the Immigration and Nationality Act, 8 USC 1228(b), the Immigration and Customs Enforcement has determined that you are amenable to expedited administrative removal proceedings. The determination is based upon the following allegations:

**ALLEGATIONS:**

1. You are not a citizen or national of the United States.

2. You are a native of NIGERIA and a citizen of NIGERIA.

3. You entered into the United States at Seattle, Washington on or about July 12, 2016.

4. You were paroled into the United States, on or about July 12, 2016 at Seattle, Washington to pursue Adjustment of Status.

5. You are not lawfully admitted for permanent residence.

6. On or about December 7, 2020, you were convicted in the United States District Court, Central District of California, for the offense of Conspiracy to Engage in Money Laundering, in violation of Title 18 United States Code section 1956 (h).

7. For this offense, you were sentenced to 37 months imprisonment.

**CHARGE:**

You are removable under Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in Sections 101(a)(43)(D) and of the Act. 8 USC 1101(a)(43)(D).

Based upon Section 238(b) of the Act, the Service is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINSTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

**Your Rights and Responsibilities**

You may choose to be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, contact legal counsel from the list of available free legal services provided to you. You must respond to the above charges in writing to the Service address provided on the other side of this form within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). The Service must RECEIVE your response within that time period. In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Service will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or, if you fear torture in any specific country or countries, you may request withholding of removal under section 241(B)(3) of the Act or withholding/deferral of removal under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent your removal to a safe country.

You may seek judicial review of any final administrative order by filing a petition for review within 30 calendar days after the date such final administrative order is issued, or you may waive such appeal by stating, in writing, your desire not to appeal. You have 30 days in which to appeal this decision to the United States Court of Appeals for the Ninth Circuit. You have the right to remain in the U.S. for 14 days so that you may file a petition for review of this order to the U.S. Circuit Court of Appeals as provided for in Section 242 of the Immigration and Nationality Act. You may waive your right to remain in the U.S. for this 14-day period. If you do not file a petition for review within this 14-day period, you will still be allowed to file a petition from outside the U.S. so long as the appropriate U.S. Court of Appeals receives the petition within 30 days of the date of your final order of removal.

| | | |
|---|---|---|
| _____ SDDO | _Santa Maria, CA_ | OCT 0 7 2021 |
| **Issuing Officer: Signature and Title** | **City and State of Issuance** | **Date** |



## CERTIFICATE OF SERVICE

I served this Notice of Intent. I have determined that the person served with this document is the above named individual.

_UV-1S-1 DO_        _OCT 0 7 2021_ in person
(Signature and title of officer)    _English_    (Date and manner of Service)

I explained and/or served this Notice of Intent to the alien in the _____English_____ language.

Name of interpreter: _____
Location/Employer: _Lompoc, CA / ICE_

### I ACKNOWLEDGE THAT I HAVE RECEIVED THIS NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER

_Refused to Sign_      _OCT 0 7 2021 0900 hrs_
(Signature of Respondent)      (Date and Time)

☑ **Alien refused to acknowledge receipt of this document.**

_UV-1S-1 DO #9859_      _OCT 0 7 2021 0900 hrs_
(Signature and Title of Officer)      (Date and Time)

### I Wish to Contest and/or to Request Withholding of Removal

☐ I contest my dependability because    *(Attach any supporting documentation):*

     ☐ I am a citizen or national of the United States.

     ☐ I am a lawful permanent resident of the United States.

     ☐ I was not convicted for the criminal offense described in allegation number 6 above

     ☐ I am attaching documents in support of my rebuttal and request for further review.

☐ I request withholding or deferral of removal to _____ [Name(s) of Country or Countries]:

☐ Under Section 241(b)(3) of the Act, because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.

☐ Under the Convention Against Torture, because I fear torture in that country of those countries.

_____  _____  _____
(Signature of Respondent)    (Print Name of Respondent)    (Date and Time)

### I Do Not Wish to Contest and/or to Request Withholding of Removal

☐ I admit the allegations and charge in this Notice of Intent. I admit that I am deportable and acknowledge that I am not eligible for any form of relief from removal. I waive my right to rebut and contest the above charges and my right to file a petition for review of the Final Removal Order. I wish to be deported to **Nigeria.**

☐ I also waive the 14-day period of execution of the Final Removal Order.

_____  _____  _____
(Signature of Respondent)    (Print Name of Respondent)    (Date and Time)

_____  _____  _____
(Signature of Witness)    (Print Name of Witness)    (Date and Time)

### RETURN THIS FORM TO:

**United States Department of Homeland Security**

**Immigration and Customs Enforcement**

**740 W Century St. Santa Maria, CA 93436**

**ATTN:** _DO Covarrubias_

The Service office at this address must RECEIVE your response within 10 calendar days from the date of this notice or 13 calendar days if service by mail.

Form I-851

U.S. Department of Homeland Security                                    Final Administrative Removal Order
Immigration and Customs Enforcement

## FINAL ADMINSTRATIVE REMOVAL ORDER
### UNDER SECTION 238(b) OF THE
### IMMIGRATION AND NATIONALITY ACT

File Number: 207 916 576

EVENT No: LOM2109000012 _____ BOP Reg Number: 77697-112 _____

To: ISAMADE, CHIJIOKE CHUKWUMA _____

AKA: _____

Address: FCC LOMPOC, 3901 KLEIN BLVD. LOMPOC, CA 93436 _____

## ORDER

You have 30 days in which to appeal this decision to the United States Court Of Appeals for the Ninth Circuit. You may be removed from the United States, 14 days after this order if you do not appeal within this 14-day period. Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I the undersigned Deciding Service Officer of the Immigration and Customs Enforcement, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence, I further find that you have a final conviction for an aggravated felony as defined by 101(a)(43)(D) of The Act, 8 USC 1101 (a)(43)(D) and are ineligible for any relief from removal, that the Attorney General may grant in an exercise of discretion. I further find that the administrative record establishes by clear, convincing, and unequivocal evidence that you are removable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii). By the power and authority vested in the Attorney General and in me as the Attorney General's delegate under the laws of the United States, I find you removable as charged, and ORDER that you be removed from the United States to NIGERIA or to any alternate country prescribed by Section 241 of the Act.

(Signature of Authorized ICE Official)

_____ SDDO _____
(Title of Official)

Camarillo, CA
(Office Location)

OCT 0 7 2021
(Date)

Petition for review: Waived / Reserved by Respondent

## CERTIFICATE OF SERVICE

**I served this FINAL ADMINISTRATIVE REMOVAL ORDER on the above named individual**

OCT 0 7 2021  0900 hrs  FCC Lompoc, CA  in person
(Date, Time, Place, and Manner of Service)

_____ Deportation Officer
(Signature and Title of Officer)

Form I-851A

 ORIGINAL

# EXHIBIT C

- Date of Release in Custody of
ICE.

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

### Find By Number       Find By Name

Type of Number                          Number

[ BOP Register Number ▾ ]    [ 77697-112 ]    [ Search ]

Result using number **77697-112**                          🗑 Clear Form



## CHIJIOKE CHUKWUMA ISAMADE

Register Number: 77697-112

Age:   33
Race:  Black
Sex:   Male

Released On: 10/19/2021

### Related Links

Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Report a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Application Process
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Volunteers
Former Inmates
Media Reps

43

 ORIGINAL

## EXHIBIT D #

- Falsified Affidavit filled by ICE officer on 10/19/2021 after having me sign Blank form in exchange for Release

- Falsified Record of Deportable Alien backdated for 10/6/2021 using photo and fingerprint obtained on 10/19/2021.

- Falsified Certificate of Service and waiver Backdated and filled by ICE officer on 10/19/2021 but backdated for 10/7/2021 when he made me sign blank documents and released me to my family as Reward, before he modified the documents, marking X on waivers and admissions.

DEPARTMENT OF HOMELAND SECUR

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

AFFIDAVIT

IN RE: ISAMADE, Chijioke Chukwuma          FILE NO. 207 916 576

EXECUTED AT Santa Maria, CA                DATE OCT 1 9 2021

Before the following immigration officer of the U.S. Department of Homeland Security:

in the English language. Interpreter. used.

I, ISAMADE acknowledge that the above-named officer has identified himself to me as an officer of the United States Department of Homeland Security, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: Notice of Intent to issue a Final Administrative Removal Order.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer. "

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.
Being duly sworn, I make the following statement:

Q. Are you willing to answer my questions at this time?
A.        yes

Q. Do you swear that all the statements you are about to make will be the truth, the whole truth and nothing but the truth, so help you God?
A.        yes

Q. What is your true and correct name?
A.        Isamade, Chijioke, Chukwuma

Q. Have you used any other names?
A.        No

Q. Of what country are you a citizen?
A.        Nigeria

Q. What is your date and place of birth?
A.        6/28/1990 Nigeria

Q. When did you last enter the United States?
A.        July 12, 2016

Q. How and where did you enter the United States at that time?
A.        Seattle, Washington

Initials: CJ

... (CONTINUED ON I-831)

Form I-215B (Rev. 08/01/07)

U.S. Department of Homeland Security                          Continuation Page for Form ___I-215B___

| Alien's Name | File Number | Date |
|---|---|---|
| ISAMADE | 207 916 576 | OCT 19 2021 |

Q. Are you a citizen or national of the United States?
A. NO

Q. Are you a Lawful Permanent Resident of the United States?
A. NO

Q. What is your most recent criminal conviction? Conspiracy to Engage in Money Laundering

Q. When and where were you convicted for that offense? 12/7/2020 Central District of California
A.

Q. Is this conviction currently under any appeal?
A.

Q. Do you have any fear of persecution or torture should you be removed from the United States? Don't know
A.

Q. Do you wish to add anything else to this statement?
A. yes

Initials: _____CJ_____

I have read (or have had read to me) the foregoing statement consisting of 2 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named agent of the Immigration and Customs Enforcement. I have initialized each page of this statement (and the corrections noted on page(s) _____).

Signature of alien: _____

Subscribed and sworn to me at: Santa Maria, CA _____ on OCT 19 2021

LV101 DO #9859

(Signature of Immigration Officer)                          (Signature of Witness)

| Signature | Title |
|---|---|
| LV101 | DO |

Form I-831 Continuation Page (Rev. 08/01/07)

(b)(6)(b)(7)(C)

| U.S. Department of Homeland Security | Subject ID : 372749638 | Record of Deportable/Inadmissible Alien |

| Family Name (CAPS) First Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|
| ISAMADE, CHIJIOKE CHUKWUMA | | M | BLK | BRO | DRK |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| NIGERIA | | LOM210900012 207 910 576 | 72 | 230 | UNKNOWN |

**U.S. Address**
FCC LOMPOC 3901 KLEIN BLVD LOMPOC, CALIFORNIA, 93436

Scars and Marks: **See Narrative**

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☒ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 07/12/2016, SEA | | F13VW75K5 | |

**Number, Street, City, Province (State) and Country of Permanent Residence**
FAILED TO PROVIDE NIGERIA

Method of Location/Apprehension: **CFD NA**

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 06/28/1990    Age: 31 | 10/06/2021 | LOM/LOS | See I-831 | 10/19/2021 09:30 |

City, Province (State) and Country of Birth: **NIGERIA**    AR ☒    Form: (Type and No.) Lifted ☐ Not Lifted ☐    By

NIV Issuing Post and NIV Number    Social Security Account Name    Status at Entry    Status When Found

Date Visa Issued    Social Security Number    Length of Time Illegally in U.S.

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

**Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)**    Number and Nationality of Minor Children: **None**

**Father's Name, Nationality, and Address, if Known**
ISAMADE, CHARLES NON USC/NON LPR NATIONALITY: NIGERIA

**Mother's Present and Maiden Names, Nationality, and Address, if Known**
ISAMADE, HELEN NATIONALITY: NIGERIA

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Word(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

Name and Address of (Last)(Current) U.S. Employer    Type of Employment    Salary: $ ___ Hr    Employed from/to

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1152863175

Left Index fingerprint          Right Index fingerprint

SCARS MARKS AND TATTOOS
--------------------------
None Indicated - NONE INDICATED

Subject Health Status
--------------------
The subject claims good health

Current Administrative Charge

...(CONTINUED ON I-831)

*PERSONAL CALL: ADA - SISTER*

*COMPLETED*

*CONSULATE: DECLINED*

10.6.2021    (Date/Initial)

Alien has been advised of communication privileges

| Distribution: | |
|---|---|
| STATS | |
| COPY | Officer: ___ on: October 6, 2021 ___ (time) |
| FILE | Disposition: ADMINISTRATIVE DEPORTATION I-851/I-851A  Examining Officer |

Form I-213 (Rev. 08/01/07)

## CERTIFICATE OF SERVICE

I served this Notice of Intent, I have determined that the person served with this document is the above named individual.

_UV-1S-1 DO_                                                    _10.7.2021 in person_

(Signature and title of officer)                               (Date and manner of Service)

I explained and/or served this Notice of Intent to the alien in the _English_ language.

Name of interpreter: _N/A_

Location/Employer: _Santa Maria, CA / ICE_

---

## I ACKNOWLEDGE THAT I HAVE RECEIVED THIS NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER

_[signature]_                                                  _10/7/2021_

(Signature of Respondent)                                      (Date and Time)

☐ **Alien refused to acknowledge receipt of this document.**

_____                    _____

(Signature and Title of Officer)                              (Date and Time)

---

### I Wish to Contest and/or to Request Withholding of Removal

☐    I contest my dependability because    *(Attach any supporting documentation):*

    ☐ I am a citizen or national of the United States.

    ☐ I am a lawful permanent resident of the United States.

    ☐ I was not convicted for the criminal offense described in allegation number 6 above

    ☐ I am attaching documents in support of my rebuttal and request for further review.

☐ I request withholding or deferral of removal to _____ [Name(s) of Country or Countries]:

☐ Under Section 241(b)(3) of the Act, because I fear persecution on account of my race, religion, nationality, membership in a

particular social group, or political opinion in that country or those countries.

☐ Under the Convention Against Torture, because I fear torture in that country of those countries.

_____          _____          _____

(Signature of Respondent)              (Print Name of Respondent)              (Date and Time)

---

### I Do Not Wish to Contest and/or to Request Withholding of Removal

☒ I admit the allegations and charge in this Notice of Intent. I admit that I am deportable and acknowledge that I am not eligible for any form of relief from removal. I waive my right to rebut and contest the above charges and my right to file a petition for review of the Final Removal Order. I wish to be deported to __**Nigeria.**__

☒ I also waive the 14 -day period of execution of the Final Removal Order.

_[signature]_                _Isamade, chijioke C_                _10/7/2021_

(Signature of Respondent)          (Print Name of Respondent)          (Date and Time)

_UV-1S-1_                _UVErrusus_                _10.7.2021 10:00AM_

(Signature of Witness)              (Print Name of Witness)              (Date and Time)

### RETURN THIS FORM TO:

**United States Department of Homeland Security**

**Immigration and Customs Enforcement**

**740 W Century St. Santa Maria, CA 93436**

ATTN: _DO Covarrubias_

The Service office at this address must RECEIVE your response within 10 calendar days from the date of this notice or 13 calendar days if service by mail.

Form I-851



Sacramento Main Jail
651 "I" Street
Sacramento, CA, 95814

NEU

CONFIDENTIAL

JUL 21 2025

Legal
Confidential
Mail

Sent 07/22/2025

Central District of California,
United States District Court.
ATTN: CLERK OF THE COURT
255 East Temple Street
Suite 180
Los Angeles, CA, 90012.

CSO ROYBAL
X-RAYED

PRIORITY MAIL
US POSTAGE + PITNEY BOWES
ZIP 95827 $012.65
02 7W
0008036361 JUL 22 2025