Chijioke Isamade #77697-112
Metropolitan Detention Center - Los Angeles
P.O. Box 531500
Los Angeles, CA, 90053-1500

FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2026

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## CHANGE OF ADDRESS NOTIFICATION

To The Clerk of the Court, United States District Court for the Central District of California:

Case Name: ISAMADE V. U.S. Department of Homeland Security (I.C.E)

Case No: 2:25-CV-06799-JGB-DSR

I, Chijioke Isamade, hereby wish to notify the court that my address has changed as follows:

Chijioke Isamade #77697-112
Metropolitan Detention Center - Los Angeles
P.O. Box 531500
Los Angeles, CA, 90053-1500 -

I am the Pro Per Petitioner in the above case and I am respectfully requesting that my address be updated for ALL purposes and ALL court filings from March 2026 be resent to my updated address as I have NOT recieved any documents since March 1, 2026.

Best Regards

Chijioke Isamade
Pro Per Petitioner.



Chijioke Isomade #77697-112
Metropolitan Detention Center - Los Angeles
P.O. Box 531500
Los Angeles, CA, 90053-1500

DSR

Legal
Confidential
Mail
Sent 03/19/2026

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 2, 2023

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LOS ANGELES CA 900
20 MAR 2026 PM 4 L

★ USA ★ FOREVER ★

ATTN: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA, 90012

90012-333432

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



FSC
MIX
Envelope
FSC® C137131