**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHIJIOKE ISAMADE,

            Petitioner,

      v.

U.S. DEPARTMENT OF HOMELAND SECURITY / ICE,

            Respondent.

No. 2:25-cv-06799 JGB (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON RESPONDENT'S MOTION TO DISMISS (DOC. NO. 9)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Respondent's Motion to Dismiss and Supplement thereto, Petitioner's Opposition to the Motion and his Request for Judicial Notice, the Report and Recommendation of the United States Magistrate Judge on the Motion to Dismiss, and the Court's file and record in this case.  The Court has considered Respondent's April 6, 2026, Objections to the Report and Recommendation.  The Court has also conducted a de novo review of those portions of the Report and Recommendation to which Respondent objected. Having conducted a de novo review, Respondent's April 6, 2026, Objections do not cause this Court to alter or modify the Report and Recommendation.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

IT IS THEREFORE ORDERED THAT: (1) Respondent's Motion to Dismiss (Doc. No. 9) is DENIED; and (2) Respondent are to file an Answer to the Petition for Writ of Habeas Corpus within 14 days of the date of this Order.

DATED: April 22, 2026

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2